No. 24658.

THE PEOPLE OF THE STATE OF COLORADO *v.* JAY DEE BAILEY.

(479 P.2d 973)

Decided January 25, 1971.

JAMES D. MCKEVITT, District Attorney, GREGORY A. MUELLER, Assistant, JARVIS W. SECCOMBE, Chief Deputy, EDWARD A. SIMONS, Deputy, for plaintiff in error.

BEN KLEIN, for defendant in error.

*En Banc.*

PER CURIAM.

COUNSEL for the defendant in error has filed a brief

in which he concedes that the issue he raised in the trial court is the same as that which we considered and ruled upon in *People of the State of Colorado v. Jimmy Sanchez*, 173 Colo. 188, 476 P.2d 980. Consequently, the trial court, having ruled contrary to our holding in *Sanchez*, erred and we therefore disapprove of its ruling.

The judgment is disapproved.